# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00409-CV

**Megatel Homes III, LLC, Appellant**

**v.**

**Woodhull Ventures 2015, L.P., Appellee**

## FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 18-0635-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant has filed a motion for review of the trial court's July 18, 2024, order on appellant's Motion to Modify Amount of Appeal Security and appellee's Motion to Release Funds from Supersedeas Bond. *See* Tex. R. App. P. 24.4(a). Because appellant satisfied the part of the trial court's Amended Final Judgment awarding appellee $350,000.00 in compensatory damages before appellant filed its notice of appeal, we hold that appellant has a right to a reduction in the amount of the bond, deposit, or security to supersede the Amended Final Judgment. Therefore, we grant the motion in part and order that:

1. the trial court's July 18, 2024, order be reversed;

2. the appeal be abated until Friday, May 2, 2025; and

3. during the period of abatement, the cause be remanded to the trial court to set the amount of the bond, deposit, or security to supersede the Amended Final Judgment, which amount must equal the sum of:

  a. costs awarded in the Amended Final Judgment;

  b. post-judgment interest on the award of costs for the estimated duration of the appeal; and

  c. post-judgment interest that accrued on the compensatory damages awarded in the Amended Final Judgment before that part of the judgment was satisfied by the release of the earnest money deposit from escrow.

*See id.* 24.2(a)(1), 24.4(d).

It is ordered on April 11, 2025.

Before Chief Justice Byrne, Justices Kelly and Ellis

Abated and Remanded

Filed:   April 11, 2025

2